IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SADALLAH NASSAR, ) | Case No.1:12CV2293 |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | **O R D E R** |
| ) | |
| Commissioner of Social Security, ) | |
| ) | JUDGE CHRISTOPHER A. BOYKO |
| Defendant. ) | |
| ) | |

On September 11, 2012, Plaintiff filed a complaint pursuant to Title 42 U.S.C. Section 405(g) (Dkt.#1). This matter was referred to Magistrate Judge James R. Knepp, II, pursuant to Local Rule 72.2.  On March 12, 2013, the Magistrate Judge recommended that Plaintiff's Complaint be dismissed for failure to prosecute.(Dkt. #17).

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within fourteen days after service, but Plaintiff has failed to timely file any such objections.  Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation.  Any further review by this Court would be a duplicative and an inefficient use of the

Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, Magistrate Judge Knepp's Report and Recommendation is **ADOPTED** and the Complaint is dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated:4/11/2013

S/Christopher A. Boyko
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE